Robert W. Cohen (State Bar No. 150310)
rwc@lawofficesofrwc.com
Mariko Taenaka (State Bar No. 273895)
mt@lawofficesofrwc.com
LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Telephone:  (310) 282-7586
Facsimile:  (310) 282-7589

**FILED:  10/20/11**

**JS-6**

Attorney for Plaintiff
NOBUMI SADACHIKA


Wendell F. Hall (State Bar No. 185387)
whall@kdvglaw.com
KAUFMAN DOLOWICH VOLUCK & GONZO LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511
Facsimile: (310) 575-9720

Attorney for Defendant
ITR USA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBUMI SADACHIKA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ITR USA, INC., a California corporation; and DOES 1 - 25,<br><br>            Defendants. | Case No. 2:11-cv-02214-GHK -JC<br><br>[Assigned to Hon. George H. King]<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii); and

2. Each party shall bear his or its own costs, disbursements, and attorneys' fees.

IT IS SO ORDERED.

Date: October 20, 2011  _____
Honorable George H. King
United States District Court Judge